# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Protecting the Homeland Innovations, LLC | ) ASBCA No. 58366 |
| | ) |
| Under Contract No. FQ-12187 | ) |

APPEARANCE FOR THE APPELLANT:
    Peter F. Carr II, Esq.
      Eckert Seamans Cherin & Mellott, LLC
      Boston, MA

APPEARANCES FOR THE AUTHORITY:
    Kathryn H.S. Pett, Esq.
      General Counsel
    Bruce P. Heppen, Esq.
      Deputy General Counsel
    Gerard J. Stief, Esq.
      Chief Counsel
      Washington Metropolitan Area
       Transit Authority
      Washington, DC

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, pursuant to the parties' stipulation, it is dismissed from the Board's docket with prejudice.

Dated: 6 November 2014

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58366, Appeal of Protecting the Homeland Innovations, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals